MERCEDES ZAYAS BAZAN, Respondent, v. MIGUEL DIAZ PEREZ, Appel-
lant.— Order modified to the extent of providing that the examination of
the defendant under the original order may be had as to the sole issue as to
whether he made the agreement alleged in paragraph 11 of the com-
plaint; and as so modified affirmed, with ten dollars costs to the appellant,

the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Assignment of WHITE's PURE FOOD EATING PLACE, to EMIL DICKMAN, Respondent, for the Benefit of Creditors. BASS & BASS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.